IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DETRINE HUDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:12cv625-WHA |
| | ) | |
| FPC Montgomery, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AND OPINION**

On April 2, 2015, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 47). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. The defendants' motion to dismiss is GRANTED to the extent that the defendants seek dismissal of this case due to Hudson's failure to exhaust administrative remedies available to him through the BOP before filing this federal civil action.

2. This case is DISMISSED with prejudice under the provisions of 42 U.S.C. § 1997e(a) for Hudson's failure to exhaust the administrative remedies previously available to him through the BOP.

Done this the 1st day of June, 2015.

                                        /s/ W. Harold Albritton  
                                        SENIOR UNITED STATES DISTRICT JUDGE